U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>National Rifle Association of America, Inc., et al<br>    Plaintiffs<br>v.<br>Village of Morton Grove and Richard Krier, President<br>    Defendants | Case Number:<br>FILED: JUNE 27, 2008<br>08CV 3694<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE VALDEZ<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

National Rifle Association of America, Inc., Patrick C. Kansoer, Sr., Donald W. Sonne and Jessica L. Sonne

| |
|---|
| NAME (Type or print)<br>    WILLIAM N. HOWARD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ William N. Howard |
| FIRM<br>    FREEBORN & PETERS LLP |
| STREET ADDRESS<br>    311 S. Wacker Dr., Suite 3000 |
| CITY/STATE/ZIP<br>    Chicago, IL   60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6190114 | TELEPHONE NUMBER<br>(312) 360-6415 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |