IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., PATRICK C. KANSOER, SR., DONALD W. SONNE and JESSICA L. SONNE,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF MORTON GROVE and RICHARD KRIER, President,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8 C 3694<br>)<br>) Hon. Harry D. Leinenweber<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on the **31st** day of **July, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present: **Motion for Finding of Relatedness and to Reassign and Consolidate Pursuant to Local Rule 4.4**, a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., JONATHAN BLAIR GARBER, ALAN L. MILLER and KEVIN P. STANTON,**
Plaintiffs


BY:   s/ William N. Howard
      One of Their Attorneys

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606
(312) 360-6415


Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA  22030
(703) 352-7276
(*Pro Hac Vice pending*)

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record for Plaintiffs, certifies that he caused a copy of this Notice and the instrument referenced herein to be delivered to LaSalle Process Servers to obtain service upon the parties of record, as shown below, the **25rd** day of **July, 2008**:

Village of Morton Grove                    Richard Krier, President
c/o Richard Krier, President of Village Clerk    Village of Morton Grove
6101 Capulina Ave.                         6101 Capulina Ave.
Morton Grove, IL  60053                    Morton Grove, IL  60053


s/ William N. Howard


Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois  60606
(312) 360-6415


Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA  22030
(703) 352-7276
(Pro Hac Vice pending)