IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., PATRICK C. KANSOER, SR., DONALD W. SONNE and JESSICA L. SONNE,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF MORTON GROVE and RICHARD KRIER, President,<br><br>Defendants. | Civil Action No. 8 C 3694<br><br>Hon. Harry D. Leinenweber |

**MOTION FOR FINDING OF RELATEDNESS AND TO REASSIGN
AND CONSOLIDATE PURSUANT TO LOCAL RULE 40.4**

Plaintiffs, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., PATRICK C. KANSOER, SR., DONALD W. SONNE and JESSICA L. SONNE, (collectively "Plaintiffs"), for their Motion for Finding of Relatedness and to Reassign and Consolidate Pursuant to Local Rule 40.4, hereby state as follows:

1. The following three cases are before the United States District Court for the Northern District of Illinois, Eastern Division: (1) the present action against the Village of Morton Grove and Richard Krier, President (the "Morton Grove Complaint"); (2) *National Rifle Association of America, Inc., Alan L. Miller, Jonathan Blair Garber, and Kevin P. Stanton v. City of Evanston and Lorraine H. Morton, Mayor*, Case No. 08 CV 3693 (the "Evanston Complaint"); and (3) *National Rifle Assoc. of America, Inc., Robert Klein Engler, and Dr. Gene A. Reisinger v. Village of Oak Park and David Pope, President,* Case No. 08-CV-3696 (the "Oak Park Complaint").

1

2

2. These three associated cases are related because they involve common questions of law and fact.

3. Reassignment and consolidation of these cases is appropriate because they are all pending in this district, their consolidation will save judicial time and effort, reassignment and consolidation will not substantially delay the proceedings and the cases are susceptible to disposition in a single proceeding.

4. Plaintiffs have filed an accompanying Memorandum in Support of Motion for Finding of Relatedness and to Reassign and Consolidate Pursuant to Local Rule 40.4.

WHEREFORE, for the reasons stated above and in the accompanying Memorandum in Support of Motion for Finding of Relatedness and to Reassign and Consolidate Pursuant to Local Rule 40.4, Plaintiffs respectfully request that *National Rifle Assoc. of America, Inc., et al. v. Evanston, et al.*, and *National Rifle Assoc. of America, Inc., et al. v. Village of Oak Park, et al.*, be deemed as related to this case, *National Rifle Assoc. of America, Inc., et al. v. Village of Morton Grove, et al.*, and be and reassigned and consolidated before this Court pursuant to L.R. 40.4, and for such other relief as this Court deems just and appropriate.

Dated: July ___, 2008                Respectfully Submitted,

                                     NATIONAL RIFLE ASSOCIATION OF
                                     AMERICA, INC., PATRICK C. KANSOER,
                                     SR., DONALD W. SONNE and JESSICA L.
                                     SONNE,
                                     Plaintiffs

                                     BY:    s/ William N. Howard
                                     One of Their Attorneys

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606
(312) 360-6415

Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA  22030
(703) 352-7276
(*Pro Hac Vice pending*)

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record for Plaintiffs, certifies that he caused a copy of this instrument referenced herein to be delivered to LaSalle process Servers to obtain service upon the parties of record, as shown below, the **25rd** day of **July, 2008**:

| | |
|---|---|
| Village of Morton Grove<br>c/o Richard Krier, President of Village Clerk<br>6101 Capulina Ave.<br>Morton Grove, IL  60053 | Richard Krier, President<br>Village of Morton Grove<br>6101 Capulina Ave.<br>Morton Grove, IL  60053 |

s/ William N. Howard

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois  60606
(312) 360-6415


Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA  22030
(703) 352-7276
(Pro Hac Vice pending)