IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., PATRICK C. KANSOER, SR., DONALD W. SONNE and JESSICA L. SONNE,<br><br>    Plaintiffs,<br><br>v.<br><br>VILLAGE OF MORTON GROVE and RICHARD KRIER, President,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  8 C 3694<br>)<br>) Hon. Harry D. Leinenweber<br>)<br>)<br>) |

## NOTICE OF FILING

TO:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the **14th** day of **August, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Summons and Complaint on Defendants, Village of Morton Grove and Richard Krier**, a copy of which is attached hereto.

                                NATIONAL RIFLE ASSOCIATION OF
                                AMERICA, INC., PATRICK C. KANSOER, SR.,
                                DONALD W. SONNE and JESSICA L. SONNE,
                                Plaintiffs

                      BY:   s/ William N. Howard
                                One of Their Attorneys

| | |
|---|---|
| Local Counsel:<br>William N. Howard, Esq.<br>**FREEBORN & PETERS LLP**<br>311 S. Wacker Dr., Suite 3000<br>Chicago, Illinois  60606<br>(312) 360-6415 | Stephen P. Halbrook, Esq.<br>10560 Main St., Suite 404<br>Fairfax, VA  22030<br>(703) 352-7276<br>*Pro Hac Vice* |

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of the **Proof of Service of Summons and Complaint on Defendants, Village of Morton Grove and Richard Krier,** to be served upon the parties of record, as shown below, by placing a copy of same in the U.S. Mail, postage pre-paid, addressed to said parties on the **14th** day of **August, 2008**.

| | |
|---|---|
| Village of Morton Grove<br>c/o Richard Krier, President of Village Clerk<br>6101 Capulina Ave.<br>Morton Grove, IL  60053 | Richard Krier, President<br>Village of Morton Grove<br>6101 Capulina Ave.<br>Morton Grove, IL  60053 |

BY:     s/ William N. Howard

1604189v1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NATIONAL RIFLE ASSOCIATION OF AMERICA,
et al.,

    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

VILLAGE OF MORTON GROVE and
RICHARD KRIER, President

CASE NUMBER: 08 C 3694

ASSIGNED JUDGE: HARRY D. LEINENWEBER

DESIGNATED
MAGISTRATE JUDGE: MARIA G. VALDEZ

TO: (Name and address of Defendant)
VILLAGE OF MORTON GROVE

c/o RICHARD KRIER, President or Village Clerk

6101 Capulina Ave.

Morton Grove, IL   60053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William N. Howard, Esq.

FREEBORN & PETERS LLP

311 S. Wacker Dr., Suite 3000

Chicago, IL   60606

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

----------------------------------
(By) DEPUTY CLERK

July 23, 2008

----------------------------------
Date

# Affidavit of Process Server

_NRA, et al._ vs _City of Evanston, et al._   08C3693
PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE #

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Village of Morton Grove__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons and Complaint__

by serving (NAME) ☒ __Susan Lattanzi__  SUSAN LATTANZI

at ☐ Home _____
☒ Business __Village of Morton Grove 6101 Capulina Ave. Morton Grove IL__
☒ on (DATE) __7/24/08__ at (TIME) __10:10 am__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Susan Lattanzi - Executive Secretary Village of Morton Grove__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )__ DATE TIME, ( )__ DATE TIME,
( )__ DATE TIME, ( )__ DATE TIME, ( )__ DATE TIME

**Description:**
☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☒ Blond Hair  ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __Shoulder length blond hair, blue eyes__

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this __25__ day of __July__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

SERVED BY
LASALLE PROCESS SERVERS

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NATIONAL RIFLE ASSOCIATION OF AMERICA,
et al.,
    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

VILLAGE OF MORTON GROVE and
RICHARD KRIER, President

CASE NUMBER: 08 C 3694

ASSIGNED JUDGE: HARRY D. LEINENWEBER

DESIGNATED
MAGISTRATE JUDGE: MARIA G. VALDEZ

TO: (Name and address of Defendant)
RICHARD KRIER, President
VILLAGE OF MORTON GROVE
6101 Capulina Ave.
Morton Grove, IL   60053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William N. Howard, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL   60606

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ J. Cervantes*
-------------------------------------
(By) DEPUTY CLERK

**July 23, 2008**
-------------------------------------
Date

# Affidavit of Process Server

| NRA, et al. | vs | City of Evanston, et al. | 08C3693 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Walter Schwalm**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Richard Krier**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ **Summons and Complaint**

by serving (NAME) ☒ *Susan Lattanzi* SUSAN LATTANZI

at ☐ Home _____
☒ Business **Village of Morton Grove 6101 Capulina Ave. Morton Grove, IL**
☒ on (DATE) **7/24/08** at (TIME) **10:10 am**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Susan Lattanzi - Executive Secretary Village of Morton Grove**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____, ( )_____, ( )_____
DATE TIME

**Description:**
| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: **Shoulder length blond hair, blue eyes**

State of Illinois   County of Cook

SERVED BY
**LASALLE PROCESS SERVERS**

Subscribed and sworn to before me, a notary public, this **25** day of **July**, 20**08**

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.