

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 3694 |
| VILLAGE OF MORTON GROVE and RICHARD KRIER, PRESIDENT | ) ) ) | Judge Harry D. Leinenweber |
| | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   William N. Howard, Esq.
      Freeborn & Peters LLP
      311 S. Wacker Drive, Suite 3000
      Chicago, IL 60606

      Stephen P. Halbrook, Esq.
      10560 Main Street, Suite 404
      Fairfax, VA 22030

**FILED**

AUG 1 3 2008   TC
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE, that on the 19th day of August, 2008, at 9:30 a.m. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court House for the Northern District of Illinois, Eastern Division or whomever may be sitting in his place in his stead, and shall then and there present **Defendants Motion For Extension of Time to Answer or Otherwise Plead.**

Respectfully submitted,

Teresa Hoffman Liston
Attorney for the Defendants
ARDC No. 3127372
Village of Morton Grove
6101 Capulina Avenue
Morton Grove, Illinois 60053
(847) 663-3003

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Motion together with Defendants' Motion for Extension of Time to Answer or Otherwise Plead were served on the following attorneys:

    William N. Howard, Esq.
    Freeborn & Peters LLP
    311 S. Wacker Drive, Suite 3000
    Chicago, IL 60606

    Stephen P. Halbrook, Esq.
    10560 Main Street, Suite 404
    Fairfax, VA 22030

On August 13, 2008, by regular United States mail.

Teresa Hoffman Liston
Corporation Counsel,
Village of Morton Grove
6101 Capulina
Morton Grove, Illinois 60053
(847) 663-3003