## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:   08 C 3694   08 cv 3694

NATIONAL RIFLE ASSOCIATION, et al.,                               Judge Leinenweber

v.

VILLAGE OF MORTON GROVE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF MORTON GROVE and RICHARD KRIER, PRESIDENT

FILED
AUG 1 3 2008 T C
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Teresa Hoffman Liston, Corporation Counsel |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Teresa Hoffman Liston |

| FIRM   Village of Morton Grove |
|---|

| STREET ADDRESS   6101 Capulina |
|---|

| CITY/STATE/ZIP   Morton Grove, Illinois 60053 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  847-965-4100 |
|---|---|
| 3127372 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Yes |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Yes |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Yes |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Yes |
|---|

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|---|
| RETAINED COUNSEL                    APPOINTED COUNSEL |