IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., PATRICK C. KANSOER, SR., DONALD W. SONNE and JESSICA L. SONNE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 8 C 3694 ) |
| VILLAGE OF MORTON GROVE and RICHARD KRIER, President, | ) Hon. Harry D. Leinenweber ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs National Rifle Association of America, Inc., Patrick C. Kansoer, Sr., Donald W. Sonne, and Jessica L. Sonne (collectively, "Plaintiffs"), and Defendants, Village of Morton Grove and Richard Krier (collectively, "Defendants"), through their respective attorneys, file this Stipulation of Dismissal and state as follows:

1.    Plaintiffs filed their complaint in this matter on June 27, 2008. (Dkt. No. 1.) The complaint alleges that portions of the Village of Morton Grove Municipal Code §§ 6-2-1 through 6-2-5, as they existed on June 27, 2008, violated the Second and Fourteenth Amendments to the United States Constitution as well as 18 U.S.C. § 926A by, *inter alia*, prohibiting the possession of handguns.

2.    On July 28, 2008, Defendants repealed §§ 6-2-1 through 6-2-5 and enacted Ordinance 08-25, which amends the former §§ 6-2-1 through 6-2-5. A true and correct copy of Ordinance 08-25 is attached as Exhibit A. As a result of the Defendants' amendment of §§ 6-2-1 through 6-2-5, the parties have agreed to the dismissal of this action.

- 2 -

3.  The parties further agree that, to the extent Plaintiffs otherwise would be entitled to an award of attorneys' fees under 42 U.S.C. § 1988, Plaintiffs will not pursue the recovery of such fees.

WHEREFORE, the parties hereby agree and stipulate that this cause be dismissed without prejudice, each party to bear their own costs and fees.

Dated: August 28, 2008

By:  /s/ William N. Howard
    Counsel for Plaintiffs

Local Counsel
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000

Stephen P. Halbrook, Esq.
10560 Main Street, Suite 404
Fairfax, Virginia 22030
(703) 352-7276
(*Pro hac vice* pending)

By:  /s/ Teresa Hoffman Liston
    Counsel for Defendants

Teresa Hoffman Liston
Corporation Counsel
Village of Morton Grove
6101 Capulina Avenue
Morton Grove, IL 60053
(847) 663-3003

# EXHIBIT A

Case 1:08-cv-03694 Document 18-2 Filed 08/28/2008 Page 1 of 5

# ORDINANCE 08-25
## AMENDING TITLE 6, CHAPTER 2 ENTITLED *DEADLY WEAPONS*, OF THE MUNICIPAL CODE OF THE VILLAGE OF MORTON GROVE

WHEREAS, the Village of Morton Grove (VILLAGE), located in Cook County, Illinois, is a home rule unit of government under the provisions of Article 7 of the 1970 Constitution of the State of Illinois, can exercise any power and perform any function pertaining to its government affairs, including but not limited to the power to tax and incur debt; and

WHEREAS, on June 8, 1981, the Village Board adopted Ordinance 81-11 which among other things prohibited the possession of handguns in a person's place of abode.

WHEREAS, on June 26, 2008, the United States Supreme Court in the case of District of Columbia vs Heller has ruled regulations prohibiting the possession of handguns in a person's home is unconstitutional; and

WHEREAS, in this decision the United States Supreme Court held the right to keep a handgun in a person's home is an individual right; and

WHEREAS, the United States Supreme Court, also ruled it remains constitutional for units of government to impose reasonable regulations on the possession of firearms; and

WHEREAS, the Village Board of Trustees wish to amend Title 6, Chapter 2 so it is in compliance with the United States Supreme Court's decision in District of Columbia vs Heller.

NOW, THEREFORE BE IT ORDAINED BY THE PRESIDENT AND BOARD OF TRUSTEES OF THE VILLAGE OF MORTON GROVE, COOK COUNTY, ILLINOIS AS FOLLOWS:

SECTION 1: The Corporate Authorities do hereby incorporate the foregoing WHEREAS clauses into this Ordinance as though fully set forth therein thereby making the findings as hereinabove set forth.

SECTION 2: Title 6, Chapter 2, of the Municipal Code of the Village of Morton Grove is hereby amended to read as follows:

## CHAPTER 2

## DEADLY WEAPONS

**SECTION:**
6-2-1:      Definitions
6-2-2:      Handgun Dealer Prohibited
6-2-3:      Unlawful Use of Weapons; Exemptions
6-2-4:      Discharging Firearms
6-2-5:      Guns or Firearms which Fire Pellets of Paint


6-2-1:      DEFINITIONS: As used in this chapter and unless the context clearly requires otherwise, the words and terms listed shall have the meaning ascribed to them in 720 ILCS 5/24 et seq. The following terms shall have the following meanings:

| | |
|---|---|
| HANDGUN | Any firearm which is designed or redesigned, made or remade, and intended to be fired while held in one hand or having a barrel of less than ten inches (10") in length or a firearm of a size which may be concealed upon the person. |
| HANDGUN DEALER | Any person engaged in the business of selling or renting handguns at wholesale or retail, manufacture of handguns or repairing handguns, making or fitting special barrels or trigger mechanisms to handguns. |
| LICENSED FIREARM COLLECTOR | Any person licensed as a collector by the Secretary of the Treasury of the United States under and by virtue of Title 18, United States Code, Section 923. |
| LICENSED GUN CLUB | A club or organization, organized for the purpose of practicing shooting at targets licensed by the Village of Morton Grove as provided by this Code. |

6-2-2:      HANDGUN DEALER PROHIBITED: No person shall engage in the business of handgun dealer in the Village and no business license shall be granted by the Village to any handgun dealer. Any person currently engaged in the business of handgun dealer may continue to be so engaged for a period of ninety (90) days after the effective date of this section.

A conviction of a violation of this section by a holder of a business license issued by the Village shall constitute grounds for revocation of such business license by the President and Board of Trustees (Ord 80-10, 6-8-1981)


6-2-3:      UNLAWFUL USE OF WEAPONS; EXEMPTIONS:

A.   The Village of Morton Grove hereby incorporates by reference the following sections of the Illinois Compiled Statutes as amended from time-to-time as fully restated in this section:

    720 ILCS 5/24-1      Unlawful Use of Weapons.

      720 ILCS 5/24-2      Exemptions
      720 ILCS 5/24-6      Confiscation and Disposition of Weapons
      720 ILCS 5/24-9      Firearms; Child Protection

B.   Penalties: Any person violating subsection A shall be subject to a penalty in accordance with Title 1, Chapter 4 of this Code.

C.   Voluntary Delivery to Police Department: If a person voluntarily and peaceably delivers and abandons to the police department any weapon mentioned in this section, such delivery shall preclude the arrest and prosecution of such person on a charge of violating any provision of this chapter with respect to the weapon voluntarily delivered. Delivery under this subsection may be made at the headquarters of the police department or by summoning a police officer to the person's residence or place of business. Every weapon to be delivered and abandoned to the police department under this subsection shall be unloaded and securely wrapped in a package and in the case of delivery to the police headquarters, the package shall be carried in open view. No person who delivers and abandons a weapon upon this subsection shall be required to furnish identification, photographs or fingerprints. No amount of money shall be paid for any weapon delivered or abandoned under this subsection.

Whenever any weapon is surrendered under this subsection, the police department shall inquire of all law enforcement agencies whether such weapon is needed as evidence. If the same is not needed as evidence, it shall be destroyed. (Ord. 85-1, 1-25-1985)

6-2-4:    **DISCHARGING FIREARMS:** It shall be unlawful for any person to discharge firearms within the corporate limits of the Village, except at or upon duly licensed ranges constructed and maintained set forth in this Code. (Ord. 85-1, 1-25-1985)

6-2-5:    **GUNS OR FIREARMS WHICH FIRE PELLETS OF PAINT:**

A.   Paint Guns: It shall be unlawful for any person to exhibit for sale, or to sell, give away, rent, lend or otherwise transfer, or to purchase any gun or firearm manufactured or produced for the purpose of firing or shooting pellets of paint.

B.   Paint Pellets: It shall be unlawful for any person holding a retail business license to sell paint in the form of pellets which explode upon projection from a gun or firearm, or for any person to purchase paint in such explosive pellets.

SECTION 3: This ordinance is an exercise of the home rule authority of the Village of Morton Grove and is intended to and, to the fullest extent allowed by the Constitution of the State of Illinois, nothing in this ordinance shall be construed to render any State Statute relating to the unlawful possession or use of deadly weapons and in particular any statute set forth in 720 ILCS 5/24 et seq unenforceable.

SECTION 4: If any section, subsection, sentence, clause, phrase or portion of this Chapter is for any reason held invalid or unconstitutional by any court of competent jurisdiction, such portion shall be deemed a separate, distinct, and independent provision and such holding shall not affect the validity of the remaining portions hereof.

SECTION 5: In the event this ordinance or any part thereof is in conflict with any statute, ordinance, or resolution or part there, the amendments in this ordinance shall be controlling and shall supersede all other statutes, ordinances, or resolutions but only to the extent of such conflict. Except as to code amendments set forth above in this ordinance, all chapters and sections of the Morton Grove Village Code as amended shall remain in full force and effect.

SECTION 6: This ordinance shall be in full force and effect from and after its adoption, approval, and publication as provided by law.

PASSED THIS 28th day of July 2008.

| Trustee Brunner | NAY |
| Trustee Kogstad | AYE |
| Trustee Marcus | AYE |
| Trustee Minx | AYE |
| Trustee Staackmann | AYE |
| Trustee Thill | AYE |

APPROVED BY ME THIS 28th day of July 2008.

Richard Krier, Village President
Village of Morton Grove
Cook County, Illinois

ATTESTED and FILES in my office
This 29th day of July 2008.

Carol A. Fritzshall, Village Clerk
Village of Morton Grove
Cook County, Illinois

## **CERTIFICATE OF SERVICE**

William N. Howard, an attorney, hereby certifies that true and correct copies of the foregoing Stipulation of Dismissal were transmitted to and served upon counsel for the Village of Morton Grove and Richard Krier, named below, by electronic notification under the Court's ECF filing system.

                                                        /s/ William N. Howard

Teresa Hoffman Liston
Corporation Counsel
Village of Morton Grove
6101 Capulina Avenue
Morton Grove, IL 60053
(847) 663-3003
*Counsel for Village of Morton Grove
and Richard Krier*