## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3694 | **DATE** | 9/2/2008 |
| **CASE TITLE** | National Rifle Association, et al vs. Village of Morton Grove, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation, this case is dismissed without prejudice, each party to bear their own costs and fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

Order Form (01/2005)   Case 1:08-cv-03694   Document 19-2   Filed 09/02/2008   Page 1 of 1

08C3694 National Rifle Association, et al vs. Village of Morton Grove, et al                                                                 Page 1 of 1